IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MITHILIA R. VENKATRAMAN and | ) | Case No. 16 B 27763 |
| RANJANI VENKATRAMAN | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | October 28, 2016, at 9:30 a.m. |

**PROPOSED ORDER** [handwritten: granting in part and denying in part without prejudice motion to take Rule 2004 exams.]

This Matter coming before the Court on Cystems Logic, Inc.'s Motion for Leave to Conduct 2004 Examinations and for Order to Produce and for Leave to Issue Third Party Subpoena; due notice having been given; the Court being fully apprised; IT IS HEREBY ORDERED:

A.   Cystems Logic, Inc. is granted Leave to Conduct the 2004 Examinations [handwritten: of] ~~of the Debtors: Mithilia R. Venkatraman and Ranjani Venkatraman;~~

~~B.   Debtors, Mithilia R. Venkatraman and Ranjani Venkatraman, are ordered to produce the documents listed in Cystem Logic, Inc.'s First Request to Produce, attached as an Exhibit to Cystems Logic, Inc.'s Motion, on or before November 21, 2016;~~

C.   ~~Debtors are ordered to produce themselves for their 2004 Examination upon their counsel's receipt of ten (10) days advance notice, setting a date for their Examinations;~~

~~C.   Cystems Logic, Inc. is authorized to issue a Subpoena *Duces Tecum* to the Debtors' accountant~~ Robert E Lee, of Emmett Financial Services, located at 13719 West Laurel Ave., Lake Forest, Illinois 60045.

[handwritten: The balance of the motion is denied without prejudice.]

Entered: _____
Honorable Judge A. Benjamin Goldgar

Date   OCT 2 8 2016

Order Prepared By:
HERMAN J. MARINO, LTD., P.C.
Herman J. Marino (Atty. ID #1765817)
Danielle K. Kegley (Atty. ID #6320903)
53 West Jackson Blvd., Suite 1557
Chicago, Illinois 60604
(312) 347-9990
hjmarino@marinotaxlaw.com
dkegley@marinotaxlaw.com
*Attorneys for Cystems Logic, Inc.*